July 6-2015

Hon. Abel Acosta, Clerk
PO Box 12308
Austin, Tx 78711

83,608-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

Re: Ramon Prudencio T.D.C.J.-CID Number 732321,
    Filing of Writ of Mandamus,
    The 174Th District Court / Harris County, Texas
    Trial Cause Number 9422101-A.

Mr. Acosta:

   Enclosed, please find Applicant's Original Issuance of Mandamus. File / bring it to the attention of the court.

   Applicant in this pleading is a pro-se indigent inmate without the medium of exchange to pay for the filing of the legal instrument annex and pray's to be alloue to proceed informa pauperis.

   Further, having no means of providing copies and pleads the Hon. Acosta, Clerk provide any further copies as required by law or practice.

Thank you for your time / Kindness in this matter.

Respectfully

Ramon Prudencio
T.D.C.J.-CID Number 732321

pro-se: Applicant

In The Court Of Criminal Appeals

of

Texas

Cause No. 9422101-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

Ex parte

Ramon Prudencio

(Applicant)

In The 174th District

Court of

Harris County, Texas

Issuance Of Writ of Mandamus

Motion To Compel and Comply

To The Honorable Judge of The Court of Criminal Appeals:

Comes Now, Ramon Prudencio T.D.C.J.-CID Number 732321 (Applicant) and files His Writ of Mandamus and show the following in support of it's issuance.

1)- Applicant filed a Habeas Petition in Harris County, Texas (see above). Challenging the Legality of his confinment due to appelate counsels failure to advise him of his right to file a pdr or that his direct appeal had been denied.

2)- The accused has the right to file a pdr (pro-se) Ex parte Wilson, 956 S.W. 2d 25, 27 (Tex. Crim. App. 1997)

3)- If the appellate counsel fails to advise the accused of his right to file a pdr (pro-se). The proper relief is to file an out-of-time pdr. Ex parte Jarrett, 891 S.W. 2d 935 (Tex. Crim. App. 1995)

page ONE

4)- Applicants writ of Habeas Corpus (T.C.C.A Art. 11.07) for an out-of-time pdr was received / filed on 01-05-15

5)- On 23-01-15 the Court signed an order designating appellate counsel to file an affidavit within thirty (30) days of the signing of such order, and for a copy of the affidavit be delivered to Applicant upon reciept.

6)- Applicant has not recieved a copy of the affidavit Nor has the court submitted a conclusion of Law and has failed to foward the Habeas to the Court of Criminal Appeals; as of the signing of this mandamus.

Prayer

    Applicant asks this Honorable Court to impose its authority, and order the District Court to forward his Habeas Petition.

Respectfully Submitted

*Ramon*

Ramon Prudencio #732321
Coffield Unit
2661 FM 2054
Tennessee Colony, Tx. 75884-5000

Executed / signed on July 6-2015

pro-se: Applicant